**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greenhouse Nursery, LLC, et al., ) | |
| ) | No. CIV 04-0995-PCT-DKD |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Allstate Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon consideration of the parties' Joint Motion to Continue "Stay" to Allow Completion of Appraisal Process, and good cause shown,

**IT IS HEREBY ORDERED** granting the continuance. The termination date for the stay is March 10, 2006.

**IT IS FURTHER ORDERED** the parties shall file a Status Report in ninety (90) days if the appraisal process has not been concluded. The Joint Status Report deadline is January 12, 2006.

**IT IS FURTHER ORDERED** vacating the Case Management Conference currently scheduled October 24, 2005.

DATED this 12th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge