**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greenhouse Nursery, LLC, et al., ) | |
| ) | No. CIV 04-0995-PCT-DKD |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Allstate Insurance Company, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter was removed from the Navajo County Superior Court on May 18, 2004, and on April 11, 2005 the Court conducted a telephonic Rule 16 Case Management Conference. At that hearing the parties requested a stay of the case pending the completion of the appraisal process. On January 11, 2006, the parties submitted a Joint Status Report stating that on or about November 28, 2005, the Appraisal Award was entered regarding this matter. Accordingly,

**IT IS HEREBY ORDERED** lifting the stay regarding this matter.

**IT IS FURTHER ORDERED** setting a telephonic Rule 16 Case Management Conference for Tuesday, February 28, 2006, at 9:00 a.m.

1  **IT IS FURTHER ORDERED** denying Plaintiff's Motion to Compel Appraisal (Doc.
2  #17), as moot.
3  DATED this 24th day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge